UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| The Bank of New York, as Successor Trustee under NovaStar Mortgage Funding Trust 2004-3<br><br>      Plaintiff,<br><br>  vs.<br><br>William Moore, Jr., et al.<br><br>      Defendants. | Case No. 2:07-cv-978<br><br>Judge Algenon L. Marbley<br><br>**ORDER OF CONFIRMATION OF SALE AND DISTRIBUTION** |

This action is before the Court upon the Notice of Deposit of Foreclosure Sale filed by the Special Master with respect to the property commonly known as 442 Barnett Road, Columbus, OH 43213, parcel no. 010-088498-00 (the "Property"). The legal description of the Property is attached to this order as Exhibit A, which is incorporated herein by reference.

1. Consistent with section 3.12 of General Order No. 07-03 and section 2329.34 of the Ohio Revised Code, the Court finds that a special reason exists why a county sheriff or the United States Marshal's Office cannot conduct the sale.

2. The Property was sold by the Special Master on July 31, 2008 to The Bank of New York, as Successor Trustee under NovaStar Mortgage Funding Trust 2004-3 for the following amount: $33,333.33. The Bank of New York, as Successor Trustee under NovaStar Mortgage Funding Trust 2004-3 subsequently assigned its bid to The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust 2004-3 ("Plaintiff's Assignee").

3. Having carefully examined the proceedings of the officer, the Court finds that the sale of the Property conformed in all respects to the law and the prior orders of this Court and

C:\Documents and Settings\westc\Local Settings\Temp\notes721D2D\Docket Entry No. 32 - Proposed Order of Confirmation of Sale.wpd

hereby confirms and approves the sale of the Property and these proceedings.

4. The Special Master, within 5 days of the date of this Entry, shall convey the Property to The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust 2004-3 by deed according to law free and clear of all liens and encumbrances and shall issue the deed in the following name: The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust 2004-3.

5. The tax mailing address of the purchaser of the Property is as follows: 4708 Mercantile Drive, Ft. Worth, TX 76137.

6. The prior deed reference with respect to the Property is as follows: Deed Official Instrument Number 200408190194310, Recorder's Office, Franklin County, Ohio.

7. The purchaser of the Property is hereby subrogated to the rights of the mortgagees and lien holders in the Property to the extent necessary to protect the purchaser's title to the Property.

8. The Court hereby grants the purchaser of the Property a writ of possession to put the purchaser in possession of the Property.

9. The Court hereby orders the release of all mortgages and liens held by all parties to this action. As a result, upon recording of a certified copy of this Order in the office of the Franklin County Recorder, each of the mortgages and liens listed on Exhibit B, which is attached to this Order and incorporated herein by reference, shall be ordered released by operation of law. Such mortgages and liens shall be released only to the extent that they encumber the property foreclosed upon in this action and not to the extent that they encumber any other property.

10. Because The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust 2004-3 is the assignee of the successful bid of The Bank of New York, as

Successor Trustee under NovaStar Mortgage Funding Trust 2004-3, which holds a valid and subsisting mortgage on the Property, it need not pay the full amount of the purchase price to the Special Master. Instead, the bid of The Bank of New York Mellon, as Successor Trustee under NovaStar Mortgage Funding Trust 2004-3 shall be credited against the amount of the judgment previously entered in favor of the Plaintiff. Plaintiff is further ordered to pay the following:

    a.    To the County Treasurer, $0.00 for taxes and assessments due on the Property as represented by tax bill attached as Exhibit C.

11. The following amount shall be applied as a credit toward the amount of the judgment previously entered in favor of the Plaintiff: $33,333.33.

12. The Clerk is hereby ordered to distribute $500.00 to the Special Master from the amount placed on deposit by the Plaintiff.

13. Having distributed payment for the appraisals in accordance with section 3.12 of General Order 07-03, the Clerk is hereby ordered to return the balance of the deposit, $550.00, plus accrued interest, if any, to the Plaintiff.

**IT IS SO ORDERED**.

                                                s/Algenon L. Marbley
                                                Judge Algenon L. Marbley
                                                United States District Court Judge

Approved:

/s/ Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-222-4921
Fax: 614-220-5613
Email: klw-f@mdk-llc.com
Attorney for Plaintiff